THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL M WILLIAMS | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-cv-00057-SDJ-BD |
| | § | |
| BRYAN OF LADERA, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 20, 2024, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #53), that Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment, (Dkt. #39), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss or, Alternatively, for Summary Judgment, (Dkt. #39), is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 12th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE