THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL M WILLIAMS | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-cv-00057-SDJ-BD |
| | § | |
| BRYAN OF LADERA, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge filed in this matter on this date, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Al Williams's claims are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED.**

**So ORDERED and SIGNED this 12th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE